**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2120**

STANLEY MARYNOWSKI,

Plaintiff - Appellant,

v.

BETH SCHIAVINO-NARVAEZ, HQ Director; PETE HEGSETH, Secretary of Defense,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:23-cv-00613-PTG-IDD)

Submitted:  June 17, 2025                                    Decided:  June 20, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley Marynowski, Appellant Pro Se.  Matthew James Mezger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Marynowski appeals the district court's order granting Defendants' motion to dismiss his claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Marynowski's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2